[No. 44863-3-I.   Division One.   July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. H.E.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-01172-6, Michael J. Trickey, J., entered June 9, 1999. *Affirmed* by unpublished per curiam opinion. Now published at 102 Wn. App. 84.


[No. 44836-6-I.   Division One.   July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MALAKAI B. LUCAS, ET AL., *Defendants*, CHRISTOPHER WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07396-9, Richard M. Ishikawa, J., entered May 21, 1999. *Affirmed* by unpublished per curiam opinion.


[No. 44669-0-I.   Division One.   July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAN MICHELLE YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08468-1, Ronald Kessler, J., entered May 24, 2000. *Affirmed* by unpublished per curiam opinion.


[No. 44768-8-I.   Division One.   July 17, 2000.]

EDWARD F. POWERS, ET AL., *Respondents*, v. ELEANOR REIMER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-2-02243-4, David A. Nichols, J., entered May 28, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid, C.J., and Coleman, J.